[No. 62552-7-I.   Division One.   December 20, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFTON KELLY BELL, *Appellant*.

*Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Appelwick, J., concurred in by Leach, A.C.J., and Spearman, J.

[No. 63507-7-I.   Division One.   December 20, 2010.]

JEFFREY ANDREWS ET AL., *Respondents*, v. SU HWAN KIM ET AL., *Respondents*, MICHELE DAVIS, *Appellant*.

*Affirmed in part* and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Ellington, JJ.

[No. 63677-4-I.   Division One.   December 20, 2010.]

R. GARY WOOD, *Appellant*, v. JAMES C. BRUMMOND ET AL., *Respondents*.

*Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler and Spearman, JJ.

[No. 63721-5-I.   Division One.   December 20, 2010.]

*In the Matter of the Detention of* ALAN L. MEIRHOFER.

THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*, v. ALAN MEIRHOFER, *Appellant*.

*Reversed* and *remanded* by unpublished per curiam opinion.